IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01915-PAB-KAS

GEORGINA PEREZ,

Plaintiff,

v.

SUNBEAM PRODUCTS, INC., doing business as Jarden Solutions, and
NEWELL BRANDS, INC.,

Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

The court presided over a four-day trial that began on December 9, 2024.

Pursuant to the Jury Verdict [Docket No. 207] returned on December 13, 2024 and the Order [Docket No. 218] of Chief Judge Philip A. Brimmer entered on May 29, 2025, it is

ORDERED that judgment shall enter in favor of plaintiff Georgina Perez and against defendants Sunbeam Products, Inc., and Newell Brands, Inc.  It is further

ORDERED that defendant Sunbeam Products Inc. shall pay plaintiff $1,677,695.22 in actual damages and $1,677,695.22 in exemplary damages.  It is further

ORDERED that defendant Newell Brands, Inc. shall pay plaintiff Georgina Perez $2,876,037.07 in actual damages and $2,876,037.07 in exemplary damages.  It is further

ORDERED that plaintiff is awarded her costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further ORDERED that this case is dismissed.

Dated:   May 29, 2025.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
      Deputy Clerk